IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeff Nyberg,<br><br>            Plaintiff,<br><br>v.<br><br>ATG Credit LLC; et al.,<br><br>            Defendants. | No. CV-13-08100-PCT-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation of Dismissal (Doc. 13), and good cause appearing,

**IT IS HEREBY ORDERED** that this case be dismissed with prejudice and without costs to any party.

Dated this 25th day of July, 2013.

_____
G. Murray Snow
United States District Judge